# JS-6

THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel,<br><br>    Plaintiff,<br><br>    v.<br><br>Zumiez, Inc. dba Zumiez #123;<br><br>    Defendant. | Case No. EDCV14-01168 JGB (SPx)<br><br>**Order re: Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal submitted by plaintiff Martin Vogel and defendant Zumiez, Inc. dba Zumiez #123,

IT IS HEREBY ORDERED that the above-entitled action is dismissed without prejudice in its entirety.

Dated: September 22, 2014

_____
United States District Judge